# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-7752-GW-KSx | Date | January 24, 2025 |
|---|---|---|---|
| Title | *Ignacio Vera v. Abel Benjamin Villatoro, et al.* | | |

Present: The Honorable     GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 24, 2025, Plaintiff Ignacio Vera filed a Notice of Settlement [13]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for February 27, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on February 25, 2025.

                                                                                    :

Initials of Preparer     JG